HONORABLE RONALD B. LEIGHTON

```
_____ FILED  _____ LODGED
         _____ RECEIVED

         JUN 17 2016

   CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE et al., <br><br> Plaintiffs, <br><br> v. <br><br> MARK STRONG, <br><br> Defendant. | CASE NO. 3:16-CV-05284RBL-DWC <br><br> ORDER REFERRING MOTION FOR APPOINTMENT OF COUNSEL |

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel [Dkt. #31], Plaintiffs' Objection to the Report and Recommendation [Dkt. #32], and the remaining record, hereby finds and ORDERS:

(1) Before considering whether to adopt the Report and Recommendation, the Court refers Plaintiffs' Motion for the Appointment of Counsel, contained within their Objection, to Magistrate Judge Christel.

(2) The Clerk is directed to send copies of this Order to Plaintiffs and to Magistrate Judge Christel.

\>\>

\>

1    Dated this 17th day of June, 2016.

2

3                                             /s/ Ronald B. Leighton
                                              Ronald B. Leighton
4                                             United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER REFERRING MOTION FOR
APPOINTMENT OF COUNSEL - 2