UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN MALONE,

Plaintiff,

v.

MARK STRONG, BILL VAN HOOK,

Defendants.

CASE NO. 3:16-CV-5284-RBL-DWC

JAEGER, 3:16-CV-5546-RBL-DWC
HOPKINS, 3:16-CV-5548-RBL-DWC
DUMAS, 3:16-CV-5549-RBL-DWC
SCHOONOVER, 3:16-CV-5533-RBL-DWC
ROBINSON, 3:16-CV-5534-RBL-DWC
BROOKS, 3:16-CV-5535-RBL-DWC
PARSONS, 3:16-CV-5537-RBL-DWC
COLE, 3:16-CV-5544-RBL-DWC
COLEMAN, 3:16-CV-5555-RBL-DWC
MATHIS, 3:16-CV-5545-RBL-DWC
MITCHELL, 3:16-CV-5530-RBL-DWC;
FOX, 3:16-CV-5532-RBL-DWC
GEIER, 3:16-CV-5539-RBL-DWC;
JONES, 3:16-CV-5540-RBL-DWC
HANCOCK, 3:16-CV-5541-RBL-DWC;
NELSON, 3:16-CV-5542-RBL-DWC
POUNCY, 3:16-CV-5550-RBL-DWC
JACKSON, 3:15-CV-5551-RBL-DWC

ORDER APPOINTING COUNSEL FOR REPRESENTATION LIMITED TO THESE CASES

This matter is before the Court on Casey Arbenz's Pro Bono Panel Application ("Application"). The Court APPROVES Arbenz's Application under the "Plan and Rules of the United States District Court for the Western District of Washington at Seattle for the Representation of Pro Se Litigants in Civil Rights Actions."

Several cases are pending in this Court where the Plaintiffs allege Defendants are forcing them to drink contaminated water at the Special Commitment Center ("SCC"). The Court identified Arbenz, employed by the Hester Law Group, Inc., P.S., [1] as counsel willing to represent the pro se Plaintiffs in these cases. *See* Order Reconsidering Order Denying Motion for Counsel. Arbenz has entered an appearance in nineteen of these cases.[2] The Court approves Arbenz's Application and appoints Arbenz as counsel for these nineteen cases and all future related cases filed by pro se Plaintiffs where Arbenz enters an appearance.[3] *See* General Order 10-05 (General Order adopting the Amended Plan of the United States District Court for the Western District of Washington for the Representation of Pro Se Litigants in Civil Rights Action). Approval of the Application and appointment of Arbenz is limited to SCC contaminated water claims only. If Plaintiffs prevail, Arbenz may move for an award of attorney's fees and costs. *See id.* at Section 5.

The Clerk is directed to send a copy of this Order to each Plaintiff listed in the case caption, Arbenz, and defense counsel. The Clerks is also directed to file this Order in each case listed in the case caption.

Dated this 14th day of October, 2016.

David W. Christel
United States Magistrate Judge

---

[1] 1008 South Yakima Avenue, Suite 302, Tacoma, Washington 98405, (253) 272-2157.

[2] Malone, Jaeger, Hopkins, Dumas, Schoonover, Robinson, Brooks, Parsons, Cole, Coleman, Mathis, Mitchell, Fox, Geier, Jones, Hancock, Nelson, and Pouncy.

[3] There are approximately twenty-eight cases pending in this Court alleging constitutional violations arising from the alleged contaminated water at SCC. Additional related cases may be filed. Therefore, the Court approves Arbenz's Application for all present and future cases related to the alleged contaminated water at SCC. The Court notes Arbenz's Application is not approved for *Jones v. Special Commitment Center*, 3:14-cv-5018-JRC.