FILED ____ LODGED
____ RECEIVED

NOV 18 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ____ DEPUTY

Honorable Ronald B. Leighton
Honorable David W. Christel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE,<br><br>  Plaintiff,<br><br>  vs.<br><br>MARK STRONG and BILL VAN HOOK,<br><br>  Defendants. | NO. 16-CV-05284-RBL-DWC<br><br>ORDER CONSOLIDATING CASES |

THIS MATTER having come on before this Court on the parties' motion for an order consolidating cases; the Court having determined that the request is justified and appropriate, and the Court deeming itself fully advised in this matter, NOW, THEREFORE, it is hereby

ORDERED that the following cases should be consolidated with this case:

| | |
|---|---|
| Brennan, Duane | 16-CV-05547-RBL-DWC |
| Brooks, John | 16-CV-05535-RBL-DWC |
| Cole, Michael | 16-CV-05544-RBL-DWC |
| Coleman, Tommy | 16-CV-05555-RBL-DWC |
| Dumas, Dennis | 16-CV-05549-RBL-DWC |
| Fox, Ronald | 16-CV-05532-RBL-DWC |
| Geier, Paul | 16-CV-05539-RBL-DWC |
| Hancock, George | 16-CV-05541-RBL-DWC |
| Hopkins, Matthew | 16-CV-05548-RBL-DWC |

ORDER CONSOLIDATING CASES - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

| | |
|---|---|
| Jackson, Richard | 16-CV-05551-RBL-DWC |
| Jaeger, Gregory | 16-CV-05546-RBL-DWC |
| Jones, Scott | 16-CV-05540-RBL-DWC |
| Malone, Calvin | 16-CV-05284-RBL-DWC |
| Mathis, Jeremy | 16-CV-05545-RBL-DWC |
| Mitchell, George | 16-CV-05530-RBL-DWC |
| Nelson, Zachary | 16-CV-05542-RBL-DWC |
| Parsons, Jonathan | 16-CV-05537-RBL-DWC |
| Pisoni, John | 16-CV-05854-RBL-DWC |
| Pouncy, Curtis | 16-CV-05550-RBL-DWC |
| Robinson, Mark | 16-CV-05534-RBL-DWC |
| Schoonover, Richard | 16-CV-05533-RBL-DWC |
| Townsend, Joseph | 16-CV-05538-RBL-DWC |
| Turner, James | 16-CV-05556-RBL-DWC |

DATED this 15th day of November, 2016.

_/s/ David W. Christel_
David W. Christel, Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Plaintiffs


By: /s/ Casey M. Arbenz
Casey M. Arbenz
WSB #40581

Approved as to form and notice
of presentment waived:


By: /s/ Craig B. Mingay
Craig B. Mingay
WSB# 45106

ORDER CONSOLIDATING CASES - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157