IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| CALVIN MALONE, ) | |
| ) | |
| Plaintiff, ) | NO. 16-CV-05284-RBL-DWC |
| ) | |
| vs. ) | ORDER EXTENDING DEADLINE |
| ) | AND ADDING PARTIES |
| MARK STRONG and BILL VAN HOOK, ) | |
| ) | |
| Defendants. ) | |

THIS MATTER having come on before this Court on the plaintiffs' motion (Dkt. 106) for an order extending the deadline to add parties and adding parties as plaintiffs herein and defendants' response (Dkt. 110) indicating they do not oppose the motion; the Court having determined that the request is justified and appropriate, and the Court deeming itself fully advised in this matter, NOW, THEREFORE, it is hereby

**

**

**

ORDER EXTENDING DEADLINE AND
ADDING PARTIES - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

ORDERED that the deadline to add parties be extended and the following individuals be and are hereby added as plaintiffs to this case:

    Ricardo Capello
    William E. Duncan
    Donald Gamer
    James Moseley
    Robert Sheaffer
    Barry Taylor

DATED this 2nd day of October, 2018.

*[signature]*

David W. Christel
United States Magistrate Judge

HESTER LAW GROUP, INC., P.S.
Attorneys for Plaintiffs

By:   /s/ Casey M. Arbenz
      Casey M. Arbenz
      WSB #40581

ORDER EXTENDING DEADLINE AND
ADDING PARTIES - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157