Honorable Ronald B. Leighton
Honorable David W. Christel

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| CALVIN MALONE, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MARK STRONG; BILL VAN HOOK; )<br>DEPARTMENT OF SOCIAL AND HEALTH )<br>SERVICES; and THE STATE OF )<br>WASHINGTON, )<br>)<br>Defendants. )<br>_____ ) | NO. 16-CV-05284-RBL-DWC<br><br>ORDER REMOVING PARTY |

THIS MATTER having come on before this Court on the stipulated motion of the parties (Dkt. 114) for an order removing Brian Kuehn, as a plaintiff herein; the Court having determined that the request is justified and appropriate, and the Court deeming itself fully advised in this matter, NOW, THEREFORE, it is hereby

\*\*

\*\*

\*\*

ORDER REMOVING PARTY - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

1     ORDERED that Brian Kuehn, be and is hereby removed as a plaintiff to this case.

DATED this 26th day of October, 2018.

                                             _____
                                             David W. Christel
                                             United States Magistrate Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Plaintiffs

By:   /s/ Casey M. Arbenz
       Casey M. Arbenz
       WSB #40581

ORDER REMOVING PARTY - 2

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157