Honorable Ronald B. Leighton
Honorable David W. Christel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN MALONE,

    Plaintiff,

vs.

MARK STRONG and BILL VAN HOOK,

    Defendants.

NO. 3:16-CV-05284-RBL-DWC

ORDER CHANGING NAMES

THIS MATTER having come on before this Court on the stipulated motion of the parties for an order correcting the caption and changing the name of (1) Dale Eldon Pittman to Adel Ellen Pittman and (2) Kenneth Alvern Haller, Jr. to Nikki Ann Iverson; the Court having determined that the request is justified and appropriate, and the Court deeming itself fully advised in this matter, NOW, THEREFORE, it is hereby

**

**

**

ORDER CHANGING NAMES - 1

HESTER LAW GROUP, INC., P.S.
1008 SOUTH YAKIMA AVENUE, SUITE 302
TACOMA, WASHINGTON 98405
(253) 272-2157

ORDERED that the caption shall be corrected to reflect the change in name of (1) Dale Eldon Pittman to Adel Ellen Pittman and (2) Kenneth Alvern Haller, Jr. to Nikki Ann Iverson.

DATED this 19th day of December, 2018.

_David W. Christel_
David W. Christel
United States Magistrate Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Plaintiffs

By: /s/ Casey M. Arbenz
    Casey M. Arbenz
    WSB #40581

ROBERT W. FERGUSON
Attorney General
Attorneys for Defendants Strong & Van Hook

By: /s/ Craig B. Mingay
    Craig B. Mingay
    Assistant Attorney General
    WSBA #45106